PROB 12C
(7/93)

Report Date: June 10, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### JUN 10 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Alan Ashlock          Case Number: 2:06CR02195-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/14/2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 11/27/2009 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 04/26/2012 |

---

### PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On February 24, 2010, Mr. Ashlock completed a substance abuse evaluation through Pioneer Counseling. It was recommended that he enter and complete intensive outpatient treatment. Mr. Ashlock has not attended treatment as directed since May 27, 2010, resulting in 2 weeks of missed treatment as of the date of this report. It should be noted that he initially called Pioneer Counseling and stated he missed treatment due to the stomach flu and a visit to the emergency room. He was directed to provide medical documentation in order to have the missed treatment excused. Dustin Ashlock has failed to provide documentation, nor has he returned to treatment. Attempts by the undersigned officer to contact Mr. Ashlock have been unsuccessful.

| 2 | **Special Condition # 15:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C

**Re:  Ashlock, Dustin Alan**
**June 10, 2010**
**Page 2**

> **Supporting Evidence**: Mr. Ashlock submitted to drug tests at Pioneer Counseling on May 25 and 27, 2010.  Pioneer Counseling reported that both samples returned as positive for methamphetamine from the lab, Alere Toxicology Services.  On June 7, 2010, Mr. Ashlock failed to report for drug testing as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/10/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

June 10 2010

Date