PROB 12C
(7/93)

Report Date: June 28, 2010

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 30 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Dustin Alan Ashlock    Case Number: 2:06CR02195-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 06/14/2007

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 27 Months; TSR - 36 Months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly    Date Supervision Commenced: 11/27/2009

Defense Attorney: Roger Peven    Date Supervision Expires: 04/26/2012

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 10, 2010.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

3 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: Mr. Ashlock was taken into custody in Toppenish, Washington, on June 16, 2010, pursuant to a bench warrant issued for alleged violations of his supervised release. According to the police incident report filed by the Yakima County Sheriff's Office (incident #10-10216), during a search incident to arrest, a plastic baggie was recovered from Mr. Ashlock's right pocket. The substance inside field tested positive for methamphetamine. The baggie and its contents weighed .43 gram.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/28/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob12C
Re: Ashlock, Dustin Alan
June 28, 2010
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

6/30/10
Date